# UNITED STATES DISTRICT COURT
# THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | **Case No. 2:18-md-2846**<br><br>**Judge Edmund A. Sargus, Jr.**<br>**Magistrate Judge Kimberly A. Jolson** |

**This document relates to:**
*Randall v. Davol, Inc., et al.*
**Case No. 2:18-cv-1786**

## ORDER

On December 11, 2018, Plaintiff Lance Randall filed a complaint in this multidistrict litigation ("MDL") (Case No. 18-cv-1649, ECF No. 1). In the complaint, Plaintiff asserts several claims based on alleged injuries caused by a Ventralight ST hernia mesh patch, a product manufactured by Defendants, implanted on December 5, 2016. (*Id.*) On December 27, 2018, through different counsel, Plaintiff filed another complaint in this MDL, also alleging injuries caused by the Ventralight Echo PS, implanted on December 5, 2016. (ECF No. 1.) On April 13, 2023, Defendants filed a motion to dismiss the instant action as duplicative of Case No. 18-cv-1649. (ECF No. 4.) Plaintiff did not file a response, and the Court will therefore treat the motion as unopposed. Accordingly, Defendants' motion (ECF No. 4) is **GRANTED** and this case is **DISMISSED**.

**IT IS SO ORDERED.**


**5/15/2023**                              **s/Edmund A. Sargus, Jr.**
**DATE**                                   **EDMUND A. SARGUS, JR.**
                                           **UNITED STATES DISTRICT JUDGE**